UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL SHEEHAN,

               Plaintiff,

     v.                                                    **ORDER**

HARLEY-DAVIDSON MOTOR COMPANY,                25-mc-00522 (ER)
INC.,

               Defendant.

RAMOS, D.J.

     Daniel Sheehan commenced this action by filing a motion to quash an arbitral subpoena issued by Harley-Davidson Motor Company ("Harley-Davidson") on November 18, 2025. Doc. 1. The arbitration at which Sheehan has been summoned to testify is scheduled to take place in New York between December 1 and 10, 2025 and is in connection with *Harley-Davidson Motor Company, Inc. v. Proterial Cable America, Inc. (F/K/A Hitachi Cable America Inc.)*, AAA Case No. 01-25-0001-5257. Doc. 2.

     The Court emailed Sheehan's attorney on November 25, 2025, informing him that there was no indication that Sheehan had served Harley-Davidson with the motion and directing him to file the proof of service on ECF so the Court may issue a briefing schedule.

     Sheehan filed an affidavit of service on November 26, 2025, confirming that he had served Arbitrator Winslett with a copy of the motion papers and copied Harley-Davidson's counsel in that communication. Doc. 7 ¶¶ 2–3. According to the affidavit, Harley-Davidson's counsel accepted service of the motion via email on November 21, 2025. Doc. 7 ¶ 5.

Accordingly, the briefing schedule is as follows:  opposition to the motion to quash the subpoena is due December 4, 2025; and reply is due December 8, 2025.

It is SO ORDERED.

Dated: December 1, 2025
New York, New York

_____
Edgardo Ramos, U.S.D.J.

2